**Thomas P. Riley**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**
**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**Innovative Sports Management, Inc.,**
**d/b/a Integrated Sports Media**

**Marcos Eduardo Garciaacosta**
**Marcos Eduardo Garciaacosta Law Group**
**2875 W. Ray Rd., Ste. 6-108**
**Chandler, AZ 85224**
**Tel: 602-317-0035**
**marcos.e.garciaacosta@gmail.com**

**Attorneys for Defendants**
**Oscar H. Graham**
**Los Andes, LLC**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Innovative Sports Management, Inc., d/b/a Integrated Sports Media,<br><br>Plaintiff,<br><br>vs.<br><br>Oscar H. Graham, et al.,<br><br>Defendants. | Case No. 2:19-cv-05354-MTL<br><br>**NOTICE OF READINESS FOR FINAL PRETRIAL CONFERENCE BY PLAINTIFF INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA, AND DEFENDANTS OSCAR H. GRAHAM AND LOS ANDES, LLC** |

///

///

Pursuant to the Court's Order of January 22, 2020 (ECF 26), Plaintiff Innovative Sports Management, Inc., d/b/a Integrated Sports Media and Defendants Oscar H. Graham and Los Andes, LLC hereby notify this Honorable Court that the Parties are ready for a Final Pretrial Conference.

Respectfully submitted,

Dated: January 22, 2021  */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

Dated:   */s/Marcos Eduardo Garciaacosta*
**MARCOS EDUARDO GARCIAACOSTA LAW GROUP**
By: Marcos Eduardo Garciaacosta
Attorneys for Defendants
Oscar H. Graham
Los Andes, LLC

///

///

///

///

///

///

///

///

**PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 22, 2021, I caused to serve the following documents entitled:

**STATUS REPORT RE: NOTICE OF READINESS FOR TRIAL BY PLAINTIFF INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA, AND DEFENDANTS OSCAR H. GRAHAM AND LOS ANDES, LLC**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

| | |
|---|---|
| Marcos Eduardo Garciaacosta, Esq.<br>**MARCOS EDUARDO GARICAACOSTA LAW GROUP**<br>2875 W. Ray Rd., Ste 6-108<br>Chandler, AZ 85224 | (Attorneys for Defendants Oscar H. Graham & Los Andes, LLC) |

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 22, 2021, at South Pasadena, California.

Dated: January 22, 2021        /s/ Isabella Fernandez
                               **ISABELLA FERNANDEZ**