2:19-cv-05354-MTL

Marcos Eduardo Garciaacosta
MARCOS E. GARCIAACOSTA LAW GROUP
2875 W Ray Rd. Suite 6-108
Chandler, AZ 85224
Arizona State Bar No. 032321
Marcos.e.garciaacosta@gmail.com
Phone: (602)317-0035
Attorney for Defendants
Oscar H. Graham and Los Andes, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Innovative Sports Management, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Oscar H. Graham, et al., <br><br> Defendants. | Case No. 2:19-cv-05354-MTL <br><br> **ORDER DENYING PLAINTIFF'S** <br><br> **MOTION TO SRTIKE** <br><br> Assigned to Hon. Michael T Liburdi |

IN CONSIDERATION OF the Defendants' Response to Plaintiff's Motion to Strike (the "Response"), and good cause having been shown,

IT IS ORDERED that the Response is hereby granted;

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike is denied.

DATED this ___ day of _____, 2021.

_____
Honorable Michael T Liburdi
United States District Judge