2:19-cv-05354-MTL

Marcos Eduardo Garciaacosta
MARCOS E. GARCIAACOSTA LAW GROUP
2875 W Ray Rd. Suite 6-108
Chandler, AZ 85224
Arizona State Bar No. 032321
Marcos.e.garciaacosta@gmail.com
Phone: (602)317-0035
Attorney for Defendants
Oscar H. Graham and Los Andes, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Innovative Sports Management, Inc., | Case No. 2:19-cv-05354-MTL |
| Plaintiff, | **ORDER REVOKING PRO HAC VICE STATUS** |
| vs. | |
| Oscar H. Graham, et al., | Assigned to Hon. Michael T Liburdi |
| Defendants. | |

IN CONSIDERATION OF the Defendants' Motion to Revoke Pro Hac Vice Status (the "Motion"), and good cause having been shown,

IT IS ORDERED that the Motion is hereby granted;

IT IS FURTHER ORDERED that Thomas P. Riley's Pro Hac Vice status is hereby revoked.

DATED this ___ day of _____, 2021.

_____
Honorable Michael T Liburdi
United States District Judge