**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

U.S. District Judge: Michael T. Liburdi                     Date: February 11, 2021

Case Number: CV-19-05354-PHX-MTL

Innovative Sports Management Incorporated v. Graham et al

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Thomas P. Riley (telephonic) | Marcos Eduardo Garciaacosta |

**TRIAL SETTING CONFERENCE:**

11:02 a.m. This is the time set for Trial Setting Conference. Trial schedule discussed.

Jury Trial set for the week of **Monday, May 10, 2021**. Trial will be held over 3 days. Defendant to provide any interpreter needed for Defendant during trial. Final Pretrial Conference set for **Monday, May 3, 2021, at 2:00 p.m.** Separate order with deadlines and firm trial dates to issue.

Discussion held regarding conducting a further settlement conference.

**IT IS ORDERED** that the parties are directed to contact Judge Fine's chambers to set a continued settlement conference at the earliest availability. The parties shall file a joint notice advising the Court as to the conference setting and file a joint status report upon the conclusion of the settlement conference addressing the outcome and likelihood of settling the matter outside of trial.

Pending motions discussed.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Defendants' Reply in Support of Motion to Revoke Pro Hac Vice Status, (Doc. 41), is DENIED, for reasons stated on the record.

**IT IS FURTHER ORDERED** that the Motion to Revoke Pro Hac Vice Status, (Doc. 35), is DENIED, for reasons stated on the record.

11:46 a.m. Court adjourned.

Deputy Clerk: Lisa Richter                                          **44 minutes**
Court Reporter: Barbara Stockford                            **Start: 11:02 AM**
                                                                                   **Stop: 11:46 AM**