# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Innovative Sports Management Incorporated, | No. CV-19-5354-PHX-MTL |
| Plaintiff, | |
| v. | **ORDER** |
| Oscar H. Graham, et al., | |
| Defendants. | |

On December 4, 2020, a Settlement Conference was held in this matter (Doc. 34). A settlement was not reached. On February 11, 2021, District Judge Liburdi held a Trial Setting Conference and referred this matter to the undersigned to conduct a second settlement conference (Doc. 44). Counsel for the parties have contacted chambers to set a date and time for a second settlement conference, and the agreed upon date and time is set forth below. The Court will use a Zoom for Government platform and will be the Zoom host for the vide-teleconference settlement conference. Just as for the first settlement conference, defense counsel is responsible for providing an interpreter for Defendant who is not defense counsel himself and who has professional interpreting experience. No additional settlement conference memoranda are necessary. Otherwise, the same rules and orders set for the first settlement conference apply to the second settlement conference.

Accordingly,

. . .

1   **IT IS ORDERED** setting a video-telephonic settlement conference for **April 9,**
2   **2021, at 1:15 p.m. Arizona time** to take place as set forth above.
3   Dated this 17th day of February, 2021.

_____
Honorable Deborah M. Fine
United States Magistrate Judge