Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.
d/b/a Integrated Sports Media

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| Innovative Sports Management, Inc., d/b/a Integrated Sports Media, <br><br> Plaintiff, <br><br> vs. <br><br> Oscar H. Graham, et al, <br><br> Defendants. | CASE NO. 2:19-cv-05354-MTL <br><br> NOTICE OF SETTLEMENT |

**NOTICE IS HEREBY GIVEN**, to this Honorable Court that the Plaintiff Innovative Sports Management Inc., d/b/a Integrated Sports Media and Defendants Oscar H. Graham and Los Andes, LLC have settled *all* claims between themselves relative to the above-entitled action, and Plaintiff respectfully requests this Court take judicial notice of same.

Settlement documents, including a Stipulation of Dismissal, are being finalized and will be overnighted to Defendants by Plaintiff's counsel, and Plaintiff's counsel will file the Stipulation of Dismissal with the Court, *promptly* following return receipt of same.

///

**WHEREFORE,** the aforementioned parties respectfully request that all presently calendared deadlines and appearances as to Defendants Oscar H. Graham and Los Andes, LLC and Plaintiff Innovative Sports Management, Inc., d/b/a Integrated Sports Media now be vacated.

Respectfully submitted,

Dated: March 31, 2021

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Innovative Sports Management, Inc.

///

///

///

///

///

///

///

///

///

///

///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 31, 2021, I caused to serve the following documents entitled:

**NOTICE OF SETTLEMENT**

On all parties in said cause by mailing same to the defendant's counsel at the following address(es):

| | |
|---|---|
| Marcos Eduardo Garciaacosta, Esquire<br>**MARCOS EDUARDO GARCIAACOSTA LAW GROUP**<br>2875 W. Ray Rd., Ste. 6-108<br>Chandler, AZ 85224 | (Attorneys for Defendants<br>Oscar H. Graham and<br>Los Andes, LLC) |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 31, 2021, at South Pasadena, California.

Dated: March 31, 2021              */s/Isabella Fernandez*
                                   **ISABELLA FERNANDEZ**