# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Innovative Sports Management Incorporated, | No. CV-19-05354-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Oscar H Graham, et al., | |
| Defendants. | |

The Court has received notice that this case has settled (Doc. 47). Accordingly,

**IT IS ORDERED** that the Clerk of the Court shall, without further notice, **dismiss** this entire case on April 30, 2021, with prejudice, and shall enter judgment accordingly, unless prior thereto a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** that all deadlines in this case are vacated.

**IT IS FINALLY ORDERED** that the video-telephonic settlement conference set for April 9, 2021; the final pretrial conference set for May 3, 2021; and the jury trial set for May 10, 2021 are hereby **vacated**.

Dated this 31st day of March, 2021.

Michael T. Liburdi
United States District Judge