2:19-cv-05354-MTL

Marcos Eduardo Garciaacosta
MARCOS E. GARCIAACOSTA LAW GROUP
2875 W Ray Rd. Suite 6-108
Chandler, AZ 85224
Arizona State Bar No. 032321
Marcos.e.garciaacosta@gmail.com
Phone: (602)317-0035
Attorney for Defendants Oscar H. Graham and Los Andes, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Innovative Sports Management, Inc., | Case No. 2:19-cv-05354-MTL |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| Oscar H. Graham, et al., | Assigned to Hon. Michael T Liburdi |
| Defendants. | |

Defendants' Counsel hereby respectfully requests this Court to allow himself to withdraw as counsel for Defendant. Counsel's scope of engagement was limited to help Defendants achieve a settlement with opposing party and Defendants are in the process of executing said settlement.

There are no pending deadlines or milestones that parties need to meet. Defendants are aware of the next steps needed to bring this case to a full close.

Respectfully submitted this 28 of April, 2021

        */s/ Marcos E. Garciaacosta*
        **MARCOS EDUARDO GARCIAACOSTA LAW GROUP**
        Attorney for Defendants
        Oscar H. Graham, and Los Andes, LLC

2:19-cv-05354-MTL

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Thomas P. Riley
LAW OFFICES OF THOMAS P. RILEY, PC
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030-3227
TPRLAW@att.net
*Attorney for Plaintiff*

      */s/ Marcos E. Garciaacosta*
**MARCOS EDUARDO GARCIAACOSTA LAW GROUP**
By: Marcos Eduardo Garciaacosta [SBN 032321]
Attorney for Defendants
Oscar H. Graham, and Los Andes, LLC

**PAGE 2**