Thomas P. Riley
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.
d/b/a Integrated Sports Media

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Innovative Sports Management, Inc., d/b/a Integrated Sports Media,<br><br>Plaintiff,<br><br>v.<br><br>Oscar H. Graham, et al,<br><br>Defendants. | Case No. 2:19-cv-05354-MTL<br><br>**PLAINTIFF'S REQUEST TO REINSTATE ACTION; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**FOR: The Honorable Michael T. Liburdi** |

TO THE HONORABLE MICHAEL T. LIBURDI THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

NOW COMES the Plaintiff, Innovative Sports Management, Inc., d/b/a Integrated Sports Media, by and through its attorneys of record, LAW OFFICES OF THOMAS P. RILEY, P.C. (Thomas P. Riley, Esq.), hereby requests this Honorable Court for an Order to Reinstate the instant action against defendants Oscar H. Graham,

individually and d/b/a Los Andes Peruvian Cuisine and Los Andes, LLC, an unknown business entity d/b/a Los Andes Peruvian Cuisine. This Request is made on the grounds the Defendants have failed to adhere to the terms of settlement reached between the Parties, and in lieu of same, this case should be re-instated.

The Request will be based on this Notice of Motion, the Memorandum of Points and Authorities served and filed herewith, the Declaration of Thomas P. Riley, and such further oral and documentary evidence or argument as may be presented at the hearing on the Plaintiff's Motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

**NOW COMES** the Plaintiff, Innovative Sports Management, Inc., d/b/a Integrated Sports Media by and through its attorneys of record, Law Offices of Thomas P. Riley, P.C. (Thomas P. Riley, Esq.), and Memorandum of Points and Authorities in Support of Plaintiff's Request to Reinstate the action against defendants Oscar H. Graham, individually and d/b/a Los Andes Peruvian Cuisine and Los Andes, LLC, an unknown business entity d/b/a Los Andes Peruvian Cuisine.

For the reasons set forth herein, Plaintiff respectfully requests that its Request to Reinstate be granted.

///

///

## STATEMENT OF FACTS

On or about March 31, 2021, the Parties by through their counsel finalized settlement regarding the above-entitled action.

Defendants' have failed to comply with the terms of the settlement and, thus, Plaintiff is within its rights to move to reinstate the action.

As a result of Defendants' failure to execute the Parties' settlement agreement, the defendants, and each of them, failed to complete performance as required. As a result, Plaintiff now files this Request to Reinstate Action.

## ARGUMENT

As noted above, Defendants have failed to comply with the terms of the settlement and, thus, Plaintiff is within its rights to move to reopen. The Court has the inherent power to enforce settlement agreements between the parties in pending cases. In re City Equities Anaheim, Ltd., 22 F.3d 954, 957 (9th Cir. 1994). It necessarily flows from this power that the Court may also set aside a settlement agreement when a party does not comply with the terms of settlement. See U.S. v. Moyer, 2008 WL 3478063, *3 (N.D.Cal. Aug. 12, 2008) (Court granted motion to reopen matter on petition of government plaintiff when defendant failed to adhere to terms of parties' settlement).

For the reasons set forth herein, therefore, Plaintiff respectfully requests that this Court re-instate this action.

Dated: April 29, 2021

LAW OFFICES OF THOMAS P. RILEY, P.C.
By:  Thomas P. Riley
Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports  Media

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

PLAINTIFF'S REQUEST TO REINSTATE CASE;
MEMORANDUM OF POINTS AND AUTHORITIES
CASE NO. 2:19-CV-05354-MTL
PAGE 4

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 29, 2021 I caused to serve the following documents entitled:

**PLAINTIFF'S REQUEST TO REINSTATE ACTION; MEMORANDUM OF POINTS AND AUTHORITIES**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Marcos Eduardo Garciaacosta, Esquire         (Attorneys for Defendants
**MARCOS EDUARDO GARCIAACOSTA LAW GROUP**   Oscar H. Graham and
2875 W. Ray Rd., Ste. 6-108                      Los Andes, LLC)
Chandler, AZ 85224

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 29, 2021, at South Pasadena, California.

Dated: April 29, 2021

THOMAS P. RILEY

///

///

///