Thomas P. Riley, SBN 66599
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Innovative Sports Management, Inc., d/b/a Integrated Sports Media,<br><br>Plaintiff,<br><br>v.<br><br>Oscar H. Graham, et al<br><br>Defendants. | Case No. 2:19-cv-05354-MTL<br><br>**DECLARATION OF THOMAS P. RILEY IN SUPPORT OF PLAINTIFF'S REQUEST TO REINSTATE ACTION** |

TO THE HONORABLE MICHAEL T. LIBURDI, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

///

///

///

///

I, THOMAS P. RILEY, hereby state:

1. I am counsel for the Plaintiff in this matter. I am duly licensed to practice law in the State of California and have been admitted *Pro Hac Vice* in the instant action.

2. I have personal knowledge of each and every fact stated herein and could competently testify thereto if called as a witness.

3. On March 31, 2021 the Parties agreed to settle the instant lawsuit[1]. Pursuant to the terms of the settlement, the Parties, and each of them, were to execute a Release and once executed, a Stipulation of Dismissal with prejudice would be filed with the Court.

4. On March 31, 2021, my office sent defense counsel settlement documents (styled General Release, a Stipulation of Dismissal (specifying dismissal of the instant action with prejudice) and a Proposed Order). That same day, Mr. Doug Jacobs, President of Plaintiff, Innovative Sports Management, Inc., d/b/a Integrated Sports Media, was sent the same General Release[2].

5. On Thursday, April 1, 2021 at 12:18 PM, defense counsel received the aforementioned settlement documents from Federal Express. The documents were signed for by an individual identified as "M. Raffi."

6. Not having received back the executed General Release nor the Stipulation of Dismissal, I had my staff follow up to defense counsel as we were told by his office he had not received the settlement documents that were overnighted to his office and received on April 1, 2021.

---

[1] Please see Notice of Settlement (ECF 47).

7. On April 12, 2021, my office emailed defense counsel the Stipulation of Dismissal and the following day defense counsel acknowledged its receipt and informed my office in a reply email, "you have my authorization to sign in (sic) my behalf[3]."

8. On April 16, 2021, my office emailed defense counsel a duplicate set of the documents overnighted to his office on March 31, 2021, (which included a cover letter from me, the General Release, the Stipulation of Dismissal, and Proposed Order). On April 19, 2021, defense counsel responded to my office by email stating, "Hi Ms. Jacie (sic), Leticia, Got it. Will review with my client. Cheers!"

9. Between April 19, 2021 and today, I had my staff make numerous follow up calls to defense counsel requesting he send back the executed General Release. My staff was told repeatedly defense counsel was unavailable and/or the General Release was still being reviewed by him and/or his client. I, myself, called and left a voicemail at 9:23 AM on Friday, April 23, 2021 requesting defense counsel send the executed General Release promptly and further informed defense counsel Plaintiff would move for reinstatement if he did not.

10. On April 23, 2021, defense counsel informed by my office by email, "Sorry for the delay. We received it, we are working with Mr. Graham as we speak to get him to sign it. We may be picking up the paper version this weekend from him and scan and fwd to you. Cheers"

---

[2] Mr. Jacobs executed and promptly returned the General Release to my office.
[3] In response, my office immediately replied to defense counsel by email and informed him, "we will sign the dismissal once we receive the executed Release from you and Mr. Graham."

11. My office sent a follow up email on Tuesday, April 27, 2021 informing defense counsel we needed the executed Release today.

12. As of this writing, we have not received an executed copy of the General Release from defense counsel and the precondition of dismissal of the instant action has not been satisfied.

13. On April 28, 2021, defense counsel filed a Notice to Withdraw (ECF 49).

14. While may be possible Defendants will *eventually* execute the General Release, as of this writing, they have not yet done so and given this Court's Order of March 31, 2021 (ECF 48), specifying dismissal of this action with prejudice on April 30, 2021 absent a request for reinstatement being filed by one of the parties, Plaintiff now requests this Honorable Court reinstate the instant action.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 29th day of April 2021 in South Pasadena, California.

Respectfully submitted,

Date: April 29, 2021   _____
**LAW OFFICE OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 29, 2021, I served:

**DECLARATION OF THOMAS P. RILEY IN SUPPORT OF PLAINTIFF'S REQUEST TO REINSTATE ACTION**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

| | |
|---|---|
| Mr. Marcos Eduardo Garciaacosta, Esquire | (Attorneys for Defendants |
| **MARCOS EDUARDO GARCIAACOSTA LAW GROUP** | Oscar H. Graham and |
| 2875 W. Ray Rd., Ste. 6-108 | Los Andes, LLC) |
| Chandler, AZ 85224 | |

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 29, 2021, at South Pasadena, California.

Dated: April 29, 2021

_____
THOMAS P. RILEY