2:19-cv-05354-MTL

Marcos Eduardo Garciaacosta
MARCOS E. GARCIAACOSTA LAW GROUP
2875 W Ray Rd. Suite 6-108
Chandler, AZ 85224
Arizona State Bar No. 032321
Marcos.e.garciaacosta@gmail.com
Phone: (602)317-0035
Attorney for Defendants Oscar H. Graham and Los Andes, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Innovative Sports Management, Inc., | Case No. 2:19-cv-05354-MTL |
| Plaintiff, | **EX PARTE APPLICATION TO APPEAR TELEPHONICALLY AT STATUS UPDATE CONFERENCE** |
| v. | |
| Oscar H. Graham, et al., | **DATE: MAY 4, 2021** |
| Defendants. | **LOCATION: ROOM 504** |
| | **TIME: 2PM AZ TIME** |
| | Assigned to Hon. Michael T Liburdi |

Defendants' Counsel for Defendants hereby respectfully requests this Court to allow himself to appear telephonically at the above captioned hearing.

Counsel has other meetings scheduled on the same day in different places and it is logistically impossible to attend this status update.

Respectfully submitted this 30 of April, 2021

   */s/ Marcos E. Garciaacosta*
   **MARCOS EDUARDO GARCIAACOSTA LAW GROUP**
   Attorney for Defendants
   Oscar H. Graham, and Los Andes, LLC

**PAGE 1**

2:19-cv-05354-MTL

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Thomas P. Riley
LAW OFFICES OF THOMAS P. RILEY, PC
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030-3227
TPRLAW@att.net
*Attorney for Plaintiff*

　　　　　　　　　　　　*/s/ Marcos E. Garciaacosta*
**MARCOS EDUARDO GARCIAACOSTA LAW GROUP**
By: Marcos Eduardo Garciaacosta [SBN 032321]
Attorney for Defendants
Oscar H. Graham, and Los Andes, LLC

**PAGE 2**