# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Innovative Sports Management Incorporated,<br>Plaintiff,<br>v.<br>Oscar H Graham, et al.,<br>Defendants. | No. CV-19-05354-PHX-MTL<br><br>**ORDER** |

Pursuant to Defendants' Application to Appear Telephonically at Status Update Conference (Doc. 52),

**IT IS ORDERED granting** the Application to Appear Telephonically (Doc. 52). Counsel for Defendants may appear telephonically at the Status Conference set for May 4, 2021 at 2:00 P.M. Defendants' counsel will receive call-in instructions via e-mail to participate in the hearing.

Dated this 30th day of April, 2021.

Michael T. Liburdi
United States District Judge