Thomas P. Riley, SBN 66599
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Innovative Sports Management, Inc., d/b/a Integrated Sports Media, | Case No. 2:19-cv-05354-MTL |
| Plaintiff, | NOTICE RE: APPEARANCE OF PLAINTIFF'S COUNSEL RE: MAY 4, 2021 STATUS CONFERENCE |
| v. | |
| Oscar H. Graham, et al | |
| Defendants. | |

Plaintiff Innovative Sports Management, Inc., by and through its counsel, hereby

advises this Honorable Court that Thomas P. Riley, Plaintiff's counsel in the above-entitled

action, will be appearing personally at the Status Conference set for Tuesday, May 4, 2021

at 2:00 P.M.

///

///

1

2                Respectfully submitted,

   Date: April 30, 2021

3                **LAW OFFICE OF THOMAS P. RILEY**

4                By: Thomas P. Riley

              Attorneys for Plaintiff

5                Innovative Sports Management, Inc.,

              d/b/a Integrated Sports Media

6  ///

7  ///

8  ///

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 30, 2021, I served:

**DECLARATION OF THOMAS P. RILEY IN SUPPORT OF PLAINTIFF'S REQUEST TO REINSTATE ACTION**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Marcos Eduardo Garciaacosta, Esquire          (Attorneys for Defendants
**MARCOS EDUARDO GARCIAACOSTA LAW GROUP**      Oscar H. Graham and
2875 West Ray Road, Suite 6-108                            Los Andes, LLC)
Chandler, Arizona 85224

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 30, 2021, at South Pasadena, California.

Dated: April 30, 2021

**THOMAS P. RILEY**

///

///

///

///

///