**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Michael T. Liburdi | **Date:** May 4, 2021 |
| **Case Number:** CV-19-05354-PHX-MTL | |
| **Innovative Sports Management Incorporated v. Graham et al** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Thomas P. Riley | Marcos Eduardo Garciaacosta with Defendant Oscar Graham, (telephonically) |

**STATUS CONFERENCE:**

2:00 p.m. This is the time set for Status Conference.

Discussion held regarding the Motion to Withdraw as Counsel, (Doc. 49), and Plaintiff's Request to Reinstate Action, (Doc. 50). Counsel states that Defendant executed the release and that it was forwarded to Plaintiff's counsel electronically. Plaintiff's counsel advises that he did not receive an email from Defense counsel.

**IT IS ORDERED** that counsel meet in person and that Mr. Garciaacosta provide Mr. Riley with a wet signature copy of the mutual release by no later than 11:59 p.m. today, May 4, 2021.

**IT IS FURTHER ORDERED** that a stipulation for dismissal shall be submitted to the Court by no later than **5:00 p.m., Thursday, May 6, 2021**. If the stipulation is E-Filed by Mr. Riley, an email from Mr. Garciaacosta giving him authority to do so shall be attached. If the Court does not receive a stipulation to dismiss by the deadline, a trial-setting conference shall be set and the Court will issue an order to show cause as to why Mr. Graham should not be sanctioned in the form of attorney's fees associated with Plaintiff's Request to Reinstate Action (Doc. 50).

**IT IS FURTHER ORDERED** that Defendant's Motion to Withdraw as Counsel, (Doc. 49), is denied without prejudice to refiling, due to counsel not complying with Local Rule of Civil Procedure 83.3.

**IT IS FURTHER ORDERED** that Plaintiff's Request to Reinstate Action, (Doc. 50), is held in abeyance.

2:30 p.m. Court is adjourned.

| | |
|---|---|
| Deputy Clerk: Rebekka Walder | **30 minutes** |
| Court Reporter: Barbara Stockford | **Start: 2:00 PM** |
| | **Stop: 2:30 PM** |