Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.
d/b/a Integrated Sports Media

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Innovative Sports Management, Inc. d/b/a Integrated Sports Media, <br><br> Plaintiff, <br><br> vs. <br><br> Oscar H. Graham, et al, <br><br> Defendants. | CASE NO. 2:19-cv-05354-MTL <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS OSCAR H. GRAHAM AND LOS ANDES, LLC |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA and Defendants OSCAR H. GRAHAM AND LOS ANDES, LLC that the above-entitled action is hereby dismissed ***with prejudice*** against OSCAR H. GRAHAM AND LOS ANDES, LLC, and in its entirety.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

///

STIPULATION OF DISMISSAL
Case No. 2:19-cv-05354-MTL
PAGE 1

1

Dated: 5/5/21

2                    **LAW OFFICES OF THOMAS P. RILEY, P.C.**

3                    By:  Thomas P. Riley

Attorneys for Plaintiff

4                    INNOVATIVE SPORTS MANAGEMENT, INC.

d/b/a INTEGRATED SPORTS MEDIA

5

6

7

8

9

Dated:                    **Please See Attached**

10                 **MARCOS EDUARDO GARCIAACOSTA LAW GROUP**

11                 By:  Marcos Eduardo Garciaacosta, Esquire

Attorneys for Defendants

12                 OSCAR H. GRAHAM AND LOS ANDES, LLC.

///

13

///

14

///

15

///

16

///

17

///

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

27

28

**STIPULATION OF DISMISSAL**
**Case No. 2:19-cv-05354-MTL**
**PAGE 2**

# Exhibit 1

**From: Marcos** marcos.e.garciaacosta@gmail.com
**Subject:** Re: Los Andes 10/12/18
**Date:** April 13, 2021 at 10:11 AM
**To:** Jackie Cortez tprla@att.net
**Cc:** Carmen Cornejo clientservice@legalbizglobal.com

**Hi Jackie,**
**You have my authorization to sign in my behalf**
**Let me know if you need anything else**

cheers

**On Mon, Apr 12, 2021 at 12:02 PM Jackie Cortez <                > wrote:**
    Mr. Garciaacosta:

    **Please see attached.**

    Thanks.


    **Jackie Cortez, Director of Investigations**
    **Law Offices of Thomas P. Riley, P.C.**
    **First Library Square, 1114 Fremont Avenue**
    **South Pasadena, CA 91030-3227**


    **Phone: (800) 590-5511; (626) 799-9797 ext. 231**
    **Fax:     (866)242-8905; (626) 799-9795**



--

**Marcos, Counsel for the creative classes(r)**
**Avocat 弁護士 Rechtsanwalt 律師**
**Freundliche Grüße**

**By accepting this email you agree to our terms & conditions:**

**602-317-0035 - text, whatsapp**
**fax: 480-967-1515**

**Justia:**

**Linkedin:**
**Singularity University:**
**Business - Intellectual Property - Trademarks - Copyrights**

**By Appointment: 659 E. Main St. Suite 108, Mesa, AZ 85203**

**Mail: 2875 W. Ray Rd. Suite 6-108, Chandler, AZ 85224**

**From:** **Marcos** marcos.e.garciaacosta@gmail.com
**Subject:** Re: Los Andes Settlement Documents
**Date:** April 19, 2021 at 4:07 AM
**To:** Jackie Cortez tprla@att.net
**Cc:** Leticia Estrada tprdc1@att.net

Hi Ms. Jacie, Leticia
got it
Will review with my client

cheers

On Fri, Apr 16, 2021 at 8:26 AM Jackie Cortez <          > wrote:
Mr. Acosta:

Please see attached Mr. Riley's letter of March 31, 2021 and the corresponding settlement documents attached.

Thank you.


Jackie Cortez, Director of Investigations
Law Offices of Thomas P. Riley, P.C.
First Library Square, 1114 Fremont Avenue
South Pasadena, CA 91030-3227


Phone: (800) 590-5511; (626) 799-9797 ext. 231
Fax:    (866)242-8905; (626) 799-9795



--

Marcos, Counsel for the creative classes(r)
Avocat 弁護士 Rechtsanwalt 律師
Freundliche Grüße

By accepting this email you agree to our terms & conditions:

602-317-0035 - text, whatsapp
fax: 480-967-1515

Justia:

Linkedin:
Singularity University:
Business - Intellectual Property - Trademarks - Copyrights

By Appointment: 659 E. Main St. Suite 108, Mesa, AZ 85203

Mail: 2875 W. Ray Rd. Suite 6-108, Chandler, AZ 85224

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 5, 2021, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS OSCAR H. GRAHAM AND LOS ANDES, LLC**

On all parties in said cause by mailing same to the defendant's counsel at the following address(es):

Mr. Marcos Eduardo Garciaacosta, Esquire    (Attorneys for Defendants
**MARCOS EDUARDO GARCIAACOSTA**                       Oscar H. Graham and
**LAW GROUP**                                                            Los Andes, LLC)
2875 W Ray Rd., Ste 6-108
Chandler, AZ 85224

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 5, 2021, at South Pasadena, California

Dated: May 5, 2021

**THOMAS P. RILEY**

STIPULATION OF DISMISSAL
Case No. 2:19-cv-05354-MTL
PAGE 3