# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Innovative Sports Management Incorporated, | No. CV-19-05354-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Oscar H Graham, et al., | |
| Defendants. | |

Pursuant to the Stipulation of Dismissal of Plaintiff's Complaint Against Defendants Oscar H. Graham and Los Andes, LLC (Doc. 56), and good cause appearing,

**IT IS ORDERED granting** the Stipulation of Dismissal (Doc. 56) and dismissing this action, with prejudice, in its entirety, and with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 5th day of May, 2021.

Michael T. Liburdi
United States District Judge